IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INVICTUS RESIDENTIAL POOLER TRUST 1A,<br><br>Plaintiff,<br><br>vs.<br><br>CYNTHIA J. ZIEMBA, DELROY E. FISCHER, UNKNOWN TENANT #1, the names being fictitious to account for parties in possession; and UNKNOWN TENANT #2, the names being fictitious to account for parties in possession;<br><br>Defendants. | **4:19CV3036**<br><br>**SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendants Delroy E. Fischer, Unknown Tenant #1, or Unknown Tenant #2, and these defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until September 3, 2019 to show cause why this action against Delroy E. Fischer, Unknown Tenant #1 and Unknown Tenant #2 should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action against Delroy E. Fischer, Unknown Tenant #1, and Unknown Tenant #2, without further notice.

Dated this 12th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge