IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INVICTUS RESIDENTIAL POOLER TRUST 1A, | |
| Plaintiff, | 4:19-CV-3036 |
| vs. | ORDER |
| CYNTHIA J. ZIEMBA, et al., | |
| Defendants. | |

On the Court's review of the defendant's claim (filing 34),

IT IS ORDERED:

1.    The defendant's claim (filing 34) is granted.

2.    The Clerk of the Court is directed to disburse the $5,433.19 surplus retained in the Court's registry to the defendant at the address set forth in the claim.

Dated this 9th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge